# NO. 12-14-00273-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF LUCAS WAYNE DUFF AND ALEXANDER NICHOLAS DUFF, CHILDREN* | § | *APPEAL FROM THE COUNTY* |
| | § | *COURT AT LAW NO 2* |
| | § | *HENDERSON COUNTY, TEXAS* |
| | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. Having reviewed the motion, the court is of the opinion that it complies with Texas Rule of Appellate Procedure 42.1(a)(1) and should be granted. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered September 30, 2014.
*Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### SEPTEMBER 30, 2014

### NO. 12-14-00273-CV

## IN THE INTEREST OF LUCAS WAYNE DUFF AND ALEXANDER NICHOLAS DUFF, CHILDREN

Appeal from the County Court at Law No 2

of Henderson County, Texas (Tr.Ct.No. CC2-2013-138)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **GRANTED** and the appeal be **DISMISSED,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Worthen, C.J., Griffith, and J., Hoyle.*